UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------X

ARMAND SKRINE, :

Petitioner, :

-against- : NOTICE OF APPEAL
23-cv-4575 (DG)

CHRIS COLLINS, Superintendent, :
Great Meadows Correctional Facility
:
Respondents. :

---------------------------------------------------------------X

Notice is hereby given that ARMAND SKRINE appeals to the United States Court of Appeals for the Second Circuit from the final judgment, denying petitioner's habeas corpus petition filed pursuant to 28 U.S.C. 2254, entered on September 30, 2025,

(NR 2266)

Natalie Rea
Attorney for Defendant-Petitioner
The Legal Aid Society
199 Water Street
New York, New York 10038
Tel: 646-630-1875
NRea@legal-aid.org

Date: October 27, 2025

APPEAL,HABEAS,ACO,FEEDUE,IFP,MJSELECT−JRC

# U.S. District Court
# Eastern District of New York (Brooklyn)
# CIVIL DOCKET FOR CASE #: 1:23−cv−04575−DG

Skrine v. Collins
Assigned to: Judge Diane Gujarati
Cause: 28:2254 Petition for Writ of Habeas Corpus (State)

Date Filed: 06/20/2023
Date Terminated: 09/30/2025
Jury Demand: None
Nature of Suit: 530 Habeas Corpus (General)
Jurisdiction: Federal Question

**Petitioner**

**Armand Skrine**

represented by

**Benjamin Welikson**
The Legal Aid Society
199 Water Street
New York, NY 10038
917−581−2750
Email: bwelikson@oadnyc.org
*ATTORNEY TO BE NOTICED*

**Natalie B. Rea**
Legal Aid Society
199 Water Street
New York, NY 10038
212−577−3403
Fax: 212−509−8431
Email: nrea@legal−aid.org
*ATTORNEY TO BE NOTICED*

V.

**Respondent**

**Christopher Collins**

represented by

**RICHMOND COUNTY DISTRICT ATTORNEYS OFFICE − GENERI**
Email: appeals@RCDA.nyc.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas Benjamin Litsky**
Thomas B. Litsky
Office of the District Attorney Richmond County
130 Stuyvesant Place
Staten Island, NY 10301
718−556−7120
Fax: 718−556−7100
Email: thomas.litsky@rcda.nyc.gov
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 06/20/2023 | 1 | First PETITION for Writ of Habeas Corpus , filed by Armand Skrine. (Attachments: # 1 Civil Cover Sheet, # 2 Memorandum in Support) (Rea, Natalie) Modified on 7/17/2023 to correct docketing error (KA). (Entered: 07/17/2023) |
| 06/21/2023 | 2 | MOTION for Leave to Proceed in forma pauperis by Armand Skrine. Modified on 7/17/2023 to correct docketing error (KA). (Entered: 07/17/2023) |
| 06/22/2023 | | Case Assigned to Judge Eric N. Vitaliano. Please download and review the Individual Practices of the assigned Judges, located on our website. Attorneys are responsible for providing courtesy copies to judges where their Individual Practices require such. (SR) |

| | | |
|---|---|---|
| | | (Entered: 06/22/2023) |
| 06/22/2023 | | The case of **Skrine v. Collins**, has been opened in the Eastern District of New York. The case number is **23−cv−4575**. PLEASE NOTE: You must pay the case filing fee **within seven (7) days**. Select the event (Civil Case Filing Fee) and pay online. (SR) (Entered: 06/22/2023) |
| 06/22/2023 | 3 | In accordance with Rule 73 of the Federal Rules of Civil Procedure and Local Rule 73.1, the parties are notified that ***if*** all parties consent a United States magistrate judge of this court is available to conduct all proceedings in this civil action including a (jury or nonjury) trial and to order the entry of a final judgment. Attached to the Notice is a blank copy of the consent form that should be filled out, signed and filed electronically **only if all** parties wish to consent. The form may also be accessed at the following link: http://www.uscourts.gov/uscourts/FormsAndFees/Forms/AO085.pdf. **You may withhold your consent without adverse substantive consequences**. **Do NOT return or file the consent unless all parties have signed the consent.** (SR) Modified on 7/17/2023 to correct docketing error (KA). (Entered: 06/22/2023) |
| 06/22/2023 | 4 | This attorney case opening filing has been checked for quality control. See the attachment for corrections that were made, if any. (SR) Modified on 7/17/2023 to correct docketing error (KA). (Entered: 06/22/2023) |
| 06/23/2023 | 5 | AFFIDAVIT of Service for Affidavit of service served on Letitia James on 6/23/23, filed by Armand Skrine. (Rea, Natalie) (Entered: 06/23/2023) |
| 06/23/2023 | 6 | AFFIDAVIT of Service for Affidavit of service served on Michael McMahon on 6/23/23, filed by Armand Skrine. (Rea, Natalie) Modified on 7/17/2023 to correct docketing error (KA). (Entered: 06/23/2023) |
| 06/23/2023 | 7 | ORDER OF RECUSAL. Judge Eric N. Vitaliano recused. Case reassigned to Judge Diane Gujarati for all further proceedings Ordered by Judge Eric N. Vitaliano on 6/23/2023. (SR). (Entered: 06/23/2023) |
| 07/21/2023 | 8 | **ORDER TO SHOW CAUSE**: Petitioner is granted leave to proceed *in forma pauperis* 2 . The Attorney General of the State of New York or the District Attorney of Richmond County, as attorney for Respondent, shall show cause before this Court by the filing of a return to the petition, why a writ of *habeas corpus* should not be issued. Within 60 days of receipt of this Order to Show Cause, Respondent shall serve a copy of the return on Petitioner herein and file the original thereof with the Court, together with proof of service. Petitioner, within 21 days of receipt of a copy of the return, shall file Petitioner's reply, if any, with the Court, together with proof of service. **SEE ATTACHED ORDER**. Ordered by Judge Diane Gujarati on 7/21/2023. (KA) (Entered: 07/21/2023) |
| 07/26/2023 | 9 | NOTICE of Appearance by Thomas Benjamin Litsky on behalf of Christopher Collins (aty to be noticed) (Litsky, Thomas) (Entered: 07/26/2023) |
| 09/15/2023 | 10 | First MOTION for Extension of Time to File Answer re 1 Petition for Writ of Habeas Corpus *on consent* by Christopher Collins. (Litsky, Thomas) (Entered: 09/15/2023) |
| 09/15/2023 | | ORDER granting 10 First MOTION for Extension of Time to File Answer −− Respondent's request for an extension is granted on consent. By November 13, 2023, Respondent shall serve a copy of the return on Petitioner and file the original thereof with the Court, together with proof of service. Petitioner, within 21 days of receipt of a copy of the return, shall file Petitioner's reply, if any, with the Court, together with proof of service. Ordered by Judge Diane Gujarati on 9/15/2023. (IH) (Entered: 09/15/2023) |
| 11/13/2023 | 11 | Second MOTION for Extension of Time to File Answer re 1 Petition for Writ of Habeas Corpus *to December 1, 2023* by Christopher Collins. (Litsky, Thomas) (Entered: 11/13/2023) |
| 11/14/2023 | | ORDER granting 11 Second MOTION for Extension of Time to File Answer −− Respondent's request for an extension is granted on consent. By December 1, 2023, Respondent shall serve a copy of the return on Petitioner and file the original thereof with the Court, together with proof of service. Petitioner, within 21 days of receipt of a copy of the return, shall file Petitioner's reply, if any, with the Court, together with proof of service. Ordered by Judge Diane Gujarati on 11/14/2023. (MAP) (Entered: |

| | | |
|---|---|---|
| | | 11/14/2023) |
| 12/01/2023 | 12 | AFFIDAVIT in Opposition re 1 Petition for Writ of Habeas Corpus by Christopher Collins. (Attachments: # 1 State Court Record) (Litsky, Thomas) (Entered: 12/01/2023) |
| 12/01/2023 | 13 | Third MOTION for Extension of Time to File *Memorandum of Law, to December 19, 2023* by Christopher Collins. (Litsky, Thomas) (Entered: 12/01/2023) |
| 12/04/2023 | | ORDER granting 13 Third MOTION for Extension of Time to File *Memorandum of Law, to December 19, 2023* –– Respondent's request for an extension is granted. By December 19, 2023, Respondent shall serve a copy of the return on Petitioner and file the original thereof with the Court, together with proof of service. Petitioner, within 21 days of receipt of a copy of the return, shall file Petitioner's reply, if any, with the Court, together with proof of service. Ordered by Judge Diane Gujarati on 12/4/2023. (MAP) (Entered: 12/04/2023) |
| 12/19/2023 | 14 | MEMORANDUM in Opposition re 1 Petition for Writ of Habeas Corpus filed by Christopher Collins. (Litsky, Thomas) (Entered: 12/19/2023) |
| 01/04/2024 | 15 | First MOTION for Extension of Time to File Response/Reply by Armand Skrine. (Rea, Natalie) (Entered: 01/04/2024) |
| 01/05/2024 | | ORDER granting 15 First MOTION for Extension of Time to File Response/Reply –– Petitioner's request for an extension is granted on consent. Petitioner, by February 16, 2024, shall file Petitioner's reply with the Court, together with proof of service. Ordered by Judge Diane Gujarati on 1/5/2024. (MAP) (Entered: 01/05/2024) |
| 02/13/2024 | 16 | Second MOTION for Extension of Time to File Response/Reply by Armand Skrine. (Rea, Natalie) (Entered: 02/13/2024) |
| 02/14/2024 | 17 | Second MOTION for Extension of Time to File Response/Reply by Armand Skrine. (Rea, Natalie) (Entered: 02/14/2024) |
| 02/15/2024 | 18 | Second MOTION for Extension of Time to File Response/Reply by Armand Skrine. (Rea, Natalie) (Entered: 02/15/2024) |
| 02/16/2024 | 19 | NOTICE of Appearance by Benjamin Welikson on behalf of Armand Skrine (aty to be noticed) (Welikson, Benjamin) (Entered: 02/16/2024) |
| 02/16/2024 | | ORDER granting 18 Second MOTION for Extension of Time to File Response/Reply –– Petitioner's request for an extension, ECF No. 18, which is dated February 13, 2024 but was filed on February 15, 2024, is granted on consent. Petitioner, by March 1, 2024, shall file Petitioner's reply with the Court, together with proof of service. The Court notes that Petitioner appears to have filed in error the letters at ECF Nos. 16 and 17. Ordered by Judge Diane Gujarati on 2/16/2024. (MAP) (Entered: 02/16/2024) |
| 02/27/2024 | 20 | REPLY in Support *of writ of habeas corpus* filed by Armand Skrine. (Rea, Natalie) (Entered: 02/27/2024) |
| 09/29/2025 | 21 | **MEMORANDUM & ORDER** –– For the reasons set forth in the attached Memorandum & Order, the Petition, ECF No. 1, is DENIED. The Court will not issue a certificate of appealability as Petitioner has not "made a substantial showing of the denial of a constitutional right." *See* 28 U.S.C. § 2253(c)(2). Petitioner, however, has a right to seek a certificate of appealability from the United States Court of Appeals for the Second Circuit. *See* 28 U.S.C. § 2253(c). The Clerk of Court is directed to enter judgment and close this case. **SEE ATTACHED ORDER**. Ordered by Judge Diane Gujarati on 9/29/2025. (JS) (Entered: 09/29/2025) |
| 09/30/2025 | 22 | CLERK'S JUDGMENT in favor of Respondent and against Petitioner.Signed by Jalitza Poveda, Deputy Clerk on behalf of Brenna B. Mahoney, Clerk of Court on 9/30/2025. (BBM) (Entered: 09/30/2025) |
| 10/27/2025 | 23 | NOTICE OF APPEAL by Armand Skrine. (Rea, Natalie) (Entered: 10/27/2025) |
| 10/27/2025 | | APPEAL FILING FEE DUE re 23 Notice of Appeal Payment in the amount of $605.00, can be made in person to the clerks office, or mailed in or paid online with the event *Civil Case Appeal Filing Fee*. (VJ) (Entered: 10/27/2025) |

| | | |
|---|---|---|
| 10/27/2025 | | Electronic Index to Record on Appeal sent to US Court of Appeals. 23 Notice of Appeal Documents are available via Pacer. For docket entries without a hyperlink or for documents under seal, contact the court and we'll arrange for the document(s) to be made available to you. (VJ) (Entered: 10/27/2025) |