E.D.N.Y. – Bklyn
23-cv-4575
Gujarati, J.

# United States Court of Appeals
FOR THE
SECOND CIRCUIT

———————

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 11th day of March, two thousand twenty-six.

Present:
        Michael H. Park,
        William J. Nardini,
        Maria Araújo Kahn,
            *Circuit Judges*.

_____

Armand Skrine,

            *Petitioner-Appellant*,


        v.                                                                      25-2712

Christopher Collins,

            *Respondent-Appellee*.

_____

Appellant moves for a certificate of appealability.  Upon due consideration, it is hereby ORDERED that the motion is GRANTED.  28 U.S.C. § 2253(c); *see Miller-El v. Cockrell*, 537 U.S. 322, 327 (2003).

                        FOR THE COURT:
                        Catherine O'Hagan Wolfe, Clerk of Court

