**THE LEGAL AID SOCIETY CRIMINAL DEFENSE**

Criminal Appeals Bureau
199 Water Street
New York, NY 10038
(212) 577-3564
www.legal-aid.org

Tel: (646) 630-1875
NRea@legal-aid.org

Twyla Carter
*Attorney-in-Chief*
*Chief Executive Officer*

Justine M. Luongo
*Attorney-in-Charge*
Criminal Practice

David Loftis
*Attorney-in-Charge*
*of Post-Conviction and Forensic Litigation*

March 12, 2026

Clerk Of the Court
United States Court of Appeals
For the Second Circuit
40 Foley Square
New York, NY

Re: Skrine v. Collins (25-2712)
Briefing Schedule Request

Your Honor:

We represent Mr. Skrine in the above-referenced matter. On March 11, 2026, the Court granted our motion for a Certificate of Appealability. Under Local Rule 31.2(a)(1)(A), our brief is due within 91 days or by June 10, 2026. However, we are respectfully requesting an additional 30 days, under Local Rule 31.2(a)(1)(D), or to July 10, 2026, because I have represented Mr. Collins for many years but I am leaving the office and this appeal will be assigned to a new lawyer who may need extra time to become fully familiar with the record and write the brief.

Respectfully submitted,

(2266)

NATALIE REA
Associate Appellate Counsel
NRea@Legal-aid.org
646-630-1875