# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 29th day of June, two thousand twenty-six.

Before:      William J. Nardini,
               *Circuit Judge.*

---

Armand Skrine,

      Petitioner - Appellant,

  v.

Christopher Collins,

      Respondent - Appellee.

---

**ORDER**

Docket No. 25-2712

Appellant moves for a 31-day extension until August 10, 2026, to file the opening brief.

IT IS HEREBY ORDERED that the motion is GRANTED.

For the Court:
Catherine O'Hagan Wolfe,
Clerk of Court

