**UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT**

**Thurgood Marshall U.S. Courthouse 40 Foley Square, New York, NY 10007 Telephone: 212-857-8500**

**MOTION INFORMATION STATEMENT**

**Docket Number(s):** 25-2712

Caption [use short title]

**Motion for:** Extension of time to file amicus brief by 30 days

Skrine v. Collins

Set forth below precise, complete statement of relief sought:

Amicus, Center for Appellate Litigation, moves to extend the time for filing an amicus brief, currently due August 17, 2026, by 30 days to September 16, 2026

**MOVING PARTY:** Amicus, Center for Appellate Litigation

**OPPOSING PARTY:** Collins

☐ Plaintiff ☐ Defendant

☐ Appellant/Petitioner ☐ Appellee/Respondent

**MOVING ATTORNEY:** Matthew Bova

**OPPOSING ATTORNEY:** ADA Matthew B White

[name of attorney, with firm, address, phone number and e-mail]

| Moving Attorney | Opposing Attorney |
|---|---|
| Center for Appellate Litigation | Richmond County District Attorney's Office |
| 120 Wall Street, 28th FL | 130 Stuyvesant Place Staten Island, NY 10301 |
| NY NY 10005; mbova@cfal.org; 212-577-2523 | 718-556-7120; matthew.white@rcda.nyc.gov |

Court- Judge/ Agency appealed from: United States District Court for the Eastern District of New York

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1):
☒ Yes ☐ No (explain):

Opposing counsel's position on motion:
☒ Unopposed ☐ Opposed ☐ Don't Know

Does opposing counsel intend to file a response:
☐ Yes ☒ No ☐ Don't Know

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUCTIONS PENDING APPEAL:**

Has this request for relief been made below? ☐ Yes ☐ No

Has this relief been previously sought in this court? ☐ Yes ☐ No

Requested return date and explanation of emergency:

Is the oral argument on motion requested? ☐ Yes ☒ No (requests for oral argument will not necessarily be granted)

Has the appeal argument date been set? ☐ Yes ☒ No If yes, enter date:

**Signature of Moving Attorney:**

/S/ MATTHEW BOVA **Date:** Aug. 17, 2026 Service : ☒ Electronic ☐ Other [Attach proof of service]

**Form T-1080 (**rev. 10-23)

# 25-2712

UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

ARMAND SKRINE,

*Petitioner-Appellant*,

*v.*

CHRISTOPHER COLLINS, SUPERINTENDENT,
GREAT MEADOW CORRECTIONAL FACILITY,

*Respondent-Appellee*.

Appeal from the United States District Court for the Eastern District of New York

## MOTION OF PROPOSED AMICUS, THE CENTER FOR APPELLATE LITIGATION, FOR AN EXTENSION OF TIME TO FILE AN AMICUS BRIEF IN SUPPORT OF PETITIONER-APPELLANT

Matthew Bova
*Attorney for Proposed Amicus, the Center for Appellate Litigation*

Center for Appellate Litigation
120 Wall Street, 28th Floor
New York, NY 10005
212-577-2523, ext. 543

August 17, 2026

COURT OF APPEALS
SECOND CIRCUIT

Skrine,

Petitioner-Appellant,

-v-

Collins,

Respondent-Appellee.

**UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO FILE AN AMICUS BRIEF IN SUPPORT OF PETITIONER-APPELLANT**

Proposed Amicus, the Center for Appellate Litigation (CAL), a public-defense-appellate firm in New York City,[1] moves this Court to extend the time to file an amicus brief by 30 days. Fed R. App. Proc. 29(a)(6).

Amicus aims to file a brief explaining how New York's "meaningful representation" ineffective-assistance standard can be contrary to *Strickland v. Washington*, 466 U.S. 668 (1984), an issue raised in Appellant's brief (filed August 10, 2026). *See Rosario v. Ercole*, 601 F.3d

[1] For over two decades, CAL has represented thousands of clients assigned to its office by the Appellate Division First Department.

118 (2d Cir. 2010). As Amicus has litigated hundreds of ineffective-assistance claims in New York post-conviction and appellate courts, and as our clients' liberty often hinges on an accurate resolution of those claims, Amicus has a significant interest in the important Sixth Amendment question presented by this appeal.

Amicus' experience with the New York ineffectiveness standard will allow Amicus to assist this Court with its resolution of the constitutional question presented. Amicus can summarize the historical evolution of the New York standard and highlight how it can operate to provide less protection for the accused than the federal-*Strickland* standard. In doing so, amicus can provide an on-the-ground account of how that standard operates in New York litigation.

A 30-day extension of time, from August 17, 2026 to September 16, 2026, is necessary to allow Amicus sufficient time to prepare an amicus brief in this matter. That extension will also allow Amicus time to consult other public-defense organizations/firms regarding their experience litigating ineffective-assistance claims in New York courts and to inquire as to whether they will join the brief as additional amici.

Both parties do not oppose this motion for an extension of time. An extension will cause no conceivable prejudice to either party.

## CONCLUSION

Proposed Amicus respectfully requests an extension of 30 days (to September 16, 2026) to file an amicus brief in this matter.

Respectfully submitted,

BY: /s/ Matthew Bova
Matthew Bova
*Counsel for Amicus*
Center for Appellate Litigation
120 Wall Street, 28th Floor
New York, New York 10005
mbova@cfal.org
212-577-2523 (ext. 543)

August 17, 2026

## CERTIFICATE OF COMPLIANCE

This motion complies with the word-count rules of Fed. R. App. Proc. 27(d)(2)(A), as it contains 341 words, excluding the parts exempted by Fed. R. App. Proc. 32(f).

This motion complies with the typeface requirements of Fed. R. App. P. 32(a)(5)(A) and the type-style requirements of Fed. R. App. P. 32(a)(6) because it has been prepared in a proportionally spaced typeface in 14-point Century Schoolbook font.

/s/ Matthew Bova
Matthew Bova
Center for Appellate Litigation
Counsel for Petitioner-Appellant
mbova@cfal.org
212-577-2523 ext. 543

August 17, 2026